**LARRY S. HYMAN, as assignee of**
**Preservation Sciences, Inc.,**

        **Plaintiff,**

**vs.**                                                           **Case No. 8:08-CV-1640-T-27MAP**

**GARY L. HARRISON, et al.,**

        **Defendants.**

_____/

## ORDER

    The Court has been advised by the Plaintiff that the above-styled action has been settled.

Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED AND ADJUDGED** that

this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60)

days of the date of this order, to submit a stipulated form of final order or judgment should they so

choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60)

day period, however, dismissal shall be with prejudice. All pending motions (Dkt. 67) are **DENIED**

as moot. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** in chambers on this _18_$^{th}$ day of June, 2009.

                             **JAMES D. WHITTEMORE**
                             **United States District Judge**

Copies to:
Counsel of Record